UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIX MENHARDT,<br><br>    Plaintiff,<br><br>    v.<br><br>MELISSA TRACY, and MEREK TEJA,<br><br>    Defendants. | Case No. 20-cv-08670-NC<br><br>**ORDER IN RESPONSE TO JURISDICTIONAL BRIEFS AND REMANDING TO STATE COURT**<br><br>Re: Dkt. Nos. 10, 11 |

On December 24, 2020, the Court ordered Plaintiff Menhardt and Defendants Tracy and Teja to show cause in writing why this case should not be remanded due to lack of subject matter jurisdiction. ECF 9. In their brief, Tracy and Teja point to case law stating that "a claim arises under federal law if federal law provides a necessary element of the plaintiff's claim for relief." *Jones v. R.R. Donnelley Sons Co.*, 541 U.S. 369, 376 (2004) (citing to *Christianson v. Colt Indust. Operating Corp.*, 486 U.S. 800, 808 (1988)); *see* ECF 10 at 2. However, a necessary element is not just any element of a federal claim; a necessary element is only established when "the plaintiff's right to relief necessarily depends on resolution of a substantial question." *Christianson*, 486 U.S. at 808.

In her Response, Menhardt clarifies that a "substantial" federal question is one that questions a federal statute's validity or interpretation or challenges a federal agency or program. *City of Oakland v. BP PLC*, 960 F.3d 570, 579 (9th Cir. 2020), *amended by*, 969

F.3d 895, 905 (9th Cir. 2020); ECF 11 at 3–4.  A "fact-bound and situation-specific" issue is not substantial.  *City of Oakland*, 969 F.3d at 905.  Menhardt asserts that the only federal issue here, if any, is whether her property is covered by the federal CARES Act.  *See* ECF 11 at 4.  Tracy and Teja assert that the federal issue is whether Menhardt obtained a mortgage deferment under the federal CARES Act.  *See* ECF 10 at 2.  Both questions are fact-bound and situation-specific and are therefore not substantial federal questions.  *See City of Oakland*, 969 F.3d at 905.  Thus, the Court FINDS that there is no federal question jurisdiction.  Accordingly, the Court REMANDS this case to Santa Cruz County Superior Court.

**IT IS SO ORDERED.**

Dated:  January 20, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge